IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRED BAXTER,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **CENTRAL CREDIT SERVICES, INC.,** § <br> § <br> Defendant. § <br> § <br> § | Civil Action No. 2:18-cv-09009-JMV-CLW |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 6, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

   I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

ANDREW JOSHUA BLADY
SESSIONS, FISHMAN, NATHAN & ISRAEL
3682 GREEN RIDGE RD
FURLONG, PA
267-544-0840
Email: ablady@sessions.legal
Attorney for Defendant


Dated: August 6, 2018        By: /s/ Amy L. Bennecoff Ginsburg
                 Amy L. Bennecoff Ginsburg, Esq.
                 Kimmel & Silverman, P.C.
                 30 E. Butler Avenue
                 Ambler, PA 19002
                 Tel: 215-540-8888
                 Fax: 215-540-8817
                 aginsburg@creditlaw.com