# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRED BAXTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-09009-JMV-CLW |
| | ) |
| CENTRAL CREDIT SERVICES, INC., | ) |
| Defendant. | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew J. Blady* | */s/ Amy L. Bennecoff Ginsburg* |
| Andrew J. Blady, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel | Kimmel & Silverman, P.C. |
| 3682 Green Ridge Road | 30 East Butler Pike |
| Furlong PA 18925 | Ambler, PA 19002 |
| Phone: (267) 544-0840 | Phone: 215-540-8888 |
| Fax: (267) 935-7382 | Fax: 877-788-2864 |
| Email: ablady@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: September 11, 2018 | Date: September 11, 2018 |

BY THE COURT:

John Michael Vazquez, USDJ.

Date: 9/18/18

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 11th day of September, 2018:

Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong PA 18925
Phone: (267) 544-0840
Fax: (267) 935-7382
Email: ablady@sessions.legal
Attorney for the Defendant

                */s/ Amy L. Bennecoff Ginsburg*
                Amy L. Benecoff Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: 215-540-8888
                Fax: 877-788-2864
                Email: aginsburg@creditlaw.com
                Attorney for the Plaintiff